**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| SUMMER HUNTER | CIVIL ACTION |
| VERSUS | 16-614-SDD-RLB |

CITY OF BATON ROUGE,
SHERIFF OF WEST BATON ROUGE,
SHAWN DELANEY AND JOHN BARKER

**<u>ORDER</u>**

**CONSIDERING** the *Motion to Dismiss Without Prejudice*[1] filed by Plaintiff in the above captioned matter;

**IT IS HEREBY ORDERED** that the Motion is GRANTED and all of Plaintiff's claims are dismissed without prejudice from these proceedings.

Baton Rouge, Louisiana the 28 day of November, 2016.

Shelly Dick

**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 4.